# APPENDIX A

# Declaration of Jun Dam

I, Jun Dam, declare as follows:

## 1. Background on My Involvement

1.1. I was the initial lead plaintiff in the class-action lawsuit filed on behalf of token holders against Perkins Coie LLP concerning the premature release of escrow funds and held approximately 1 million tokens out of the approximately 20 million issued. These tokens represented my rights under the token sale and subsequent escrow agreement.

1.2. I am also a creditor in the Giga Watt bankruptcy case.

## 2. Claims to Escrow Funds

2.1. The escrow agreement established by Giga Watt and Perkins Coie was explicitly intended to protect token holders like myself, ensuring that funds raised during the token sale would not be released until the cryptocurrency mining facilities were completed.

2.2. As a token holder, I was a direct and intended beneficiary of this escrow arrangement. The subsequent class-action settlement between token holders and Perkins Coie further confirmed the token holders' entitlement to the escrowed

funds.

**3. Harm Suffered**

3.1. The bankruptcy estate's receipt of $3 million from the settlement with Perkins Coie directly reduced the recovery available to token holders in the class-action settlement.

3.2. As a result of this misallocation, the total class-action recovery was reduced to $4.5 million, depriving me and other token holders of rightful compensation for the harm caused by the premature release of escrowed funds.

**4. Knowledge of Trustee's Admissions**

4.1. In the early stages of the bankruptcy estate's claims against Perkins Coie, the Trustee admitted that the estate lacked a strong case for standing to assert claims related to the escrow funds.

4.2. This admission is cited in the class-action appeal and directly contradicts later assertions by the Trustee that the estate was entitled to the escrowed funds.

**5. Challenges in Bankruptcy Proceedings**

5.1. The bankruptcy proceedings have been marked by procedural difficulties and perceived bias in favor of the Trustee.

5.2. These challenges have included the misapplication of the automatic stay to block token holders' independent claims and rulings that erroneously allocated

ownership of those claims to the bankruptcy estate.

5.3. These issues necessitate independent judicial review to ensure fairness and correct the errors that have deprived token holders of their rightful recovery.

## 6. Connection to Current Claims

6.1. This declaration is made in support of my claims for unjust enrichment, fraud on the court, and the need for a constructive trust to remedy the misallocation of funds from the escrow settlement.

6.2. I seek to establish that the bankruptcy estate was not entitled to the $3 million received from Perkins Coie, as this allocation was based on procedural errors and misrepresentations by the Trustee.

## 7. Evidence Authentication

7.1. Attached to this declaration are true and correct copies of the following documents to the best of my knowledge:

**Exhibit List**

**Exhibit A: Class-Action Complaint Against Perkins Coie**

**Description:** The original complaint filed in the class-action lawsuit against Perkins Coie LLP, outlining the claims related to the premature release of escrow funds and the harm suffered by token holders.

**Exhibit B**: Class-Action Settlement Stipulation

Description: The settlement stipulation from the class-action lawsuit against Perkins Coie LLP, outlining the terms and allocation of funds to token holders.

**Exhibit C**: Court Orders Granting Approval

Description: Court orders approving the class-action settlement and confirming the terms.

**Exhibit D**: Bankruptcy Settlement Agreement

Description: The settlement agreement between the Giga Watt bankruptcy estate and Perkins Coie LLP, documenting the allocation of $3 million to the estate.

**Exhibit E**: Appeal Filing Highlighting Trustee Admissions

Description: The appeal filing from the class-action case that includes the Trustee's admission regarding weak standing in the claims against Perkins Coie LLP.

**Exhibit F**: Bankruptcy Court Ruling on Automatic Stay

Description: The bankruptcy court's ruling on the automatic stay proceedings that improperly assigned claims to the bankruptcy estate, demonstrating procedural errors.

**8. Conclusion**

I respectfully submit this declaration to authenticate the attached evidence and

provide the court with relevant facts supporting my claims. I affirm that the statements made herein are true and correct to the best of my knowledge and belief. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 10th day of December, 2024, at San Francisco, CA.

Signature: _____

Printed Name: Jun Dam