Jun Dam (*Pro Se*)
5432 Geary Blvd #535
San Francisco, CA 94121
Phone: (415) 748-1113
Email: jundam@hotmail.com
Pro Se Litigant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **Jun Dam,**<br>　　　　Appellant<br><br>v.<br><br>**Pamela M. Egan,**<br>**Attorney to Ch. 7 Trustee;**<br><br>**Mark D. Waldron,**<br>**Chapter 7 Trustee;**<br><br>**Potomac Law Group, PLLC;**<br><br>　　　　Appellees. | Case No.  2:24-CV-00417-SAB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONFIRM JURISDICTION AND STAY BANKRUPTCY PROCEEDINGS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having considered Plaintiff **Jun Dam's Motion to Confirm Jurisdiction and Stay Bankruptcy Proceedings Pending § 541 Determination**, and all supporting documents, arguments, and applicable law, and finding good

**Page 1**

cause appearing, hereby ORDERS as follows:

**IT IS HEREBY ORDERED THAT:**

1. This Court **confirms its jurisdiction** over the dispute concerning the $3 million settlement funds pursuant to **28 U.S.C. § 1334(b)**, as the determination of whether these funds constitute estate property under **11 U.S.C. § 541** is properly before this Court.

2. The Bankruptcy Court proceedings in **In re Giga Watt Inc., Case No. 18-03197-FPC7**, specifically any action related to the administration or distribution of the $3 million settlement funds, are hereby **STAYED** pending this Court's determination of ownership under **11 U.S.C. § 541**.

3. The **Trustee is prohibited** from distributing, allocating, or otherwise using the $3 million settlement funds until this Court has issued a ruling on ownership and jurisdiction.

4. The parties are directed to submit a status report within **[14] days** from the date of this Order, updating the Court on any relevant developments in the bankruptcy case.

5. The Court retains jurisdiction to issue further orders as necessary to enforce and implement this ruling.

**IT IS SO ORDERED.**

_____
HONORABLE STANLEY A. BASTIAN
UNITED STATES DISTRICT JUDGE