AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 09, 2025**

SEAN F. MCAVOY, CLERK

JUN DAM,

*Plaintiff*

v.

MARK D. WALDRON, Chapter 7 Panel Trustee; PAMELA M. EGAN, Attorney to Chapter 7 Trustee; POTOMAC LAW GROUP PLLC; and GIGA WATT BANKRUPTCY ESTATE,

*Defendant*

Civil Action No. 2:24-CV-00417-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Defendants' Motion for Judicial Notice, ECF No. 18, is GRANTED.
Defendants' Motion to Dismiss Complaint, ECF No. 15, is GRANTED. Plaintiff's Complaint is dismissed with prejudice.
Judgment entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian

Date: 4/9/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz