AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2026

SEAN F. McAVOY, CLERK

JUN DAM

*Plaintiff*

v.

MARK D. WALDRON, Chapter 7 Panel Trustee;
PAMELA M. EGAN, Attorney to Chapter 7 Trustee;
POTOMAC LAW GROUP PLLC; and GIGA WATT
BANKRUPTCY ESTATE,

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:24-cv-00417-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:    Defendants' Motion for Judicial Notice (ECF No. 18) is GRANTED
Defendants' Motion to Dismiss Complaint (ECF No. 15) is GRANTED.
Plaintiff's Complaint is dismissed without prejudice for lack of subject matter jurisdiction.
The remaining motions are denied as moot.
Judgment is entered in favor of Defendants and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    Stan Bastian

Date:   4/7/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*